UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SPENCER, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:21-1773 |
| v. | : | (JUDGE MANNION) |
| | : | |
| HERMAN QUAY, | : | |
| Respondent | : | |
| | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: January 6, 2023
21-1773-01